# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

129812

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EARL LEE SULLIVAN,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129812
COA: 261176
Wayne CC: 78-005045

_____/

      On order of the Court, the application for leave to appeal the September 21, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

s0320

_____
Clerk